UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Craig S. Yancey

                  Petitioner,

     -against-

COMMISSIONER OF SOCIAL SECURITY,

                  Respondent.
-----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

08 Civ. 4300   (PKC)

<u>ORDER</u>

P. KEVIN CASTEL, U.S.D.J.

      Respondent shall answer the petition within sixty (60) days from the date of this Order. At the time of filing the answer, Respondent shall submit a memorandum of law arguing the application of legal principles to the facts developed in the record before the administrative agency. Petitioner shall respond within thirty days of the filing of such memorandum. Respondent may reply fifteen (15) days after the filing of Petitioner's response without further evidence or argument, the Court will then "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C § 405(g).

      The Clerk shall serve a copy of this Order, the underlying complaint, and supporting documents, if any, contained in the Clerk's file by first-class mail, upon the U.S. Attorney and shall also mail a copy of this Order to the Petitioner.

      SO ORDERED.

                                              P. Kevin Castel
                                              U.S.D.J.

Dated: New York, New York
       May 14, 2008