

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

**MEMO ENDORSED**

July 25, 2008

By Hand

P. Kevin Castel
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

RECEIVED
JUL 28 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

    Re:  **Craig S. Yancy v. Astrue**
         **08 Civ. 4300 (PKC)**

Dear Judge Castel:

    This Office represents the Commissioner of Social Security, defendant in the above-referenced action. I am writing respectfully to request, nunc pro tunc, an extension of time to respond to the complaint, from July 15, 2008, until September 15, 2008. Due to a clerical error on my part, I did not realize until today that the date set by the Court for the defendant to answer and move with respect to the complaint had passed. I apologize for my oversight. The government needs the additional time to complete its review of the case.

    This is defendant's first request for an extension of time in this case. This Office wrote to plaintiff pro se and spoke to him by telephone, but he has not yet decided whether to consent to the government's request.

    Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

*[Handwritten endorsement:]* Application for leave to file response to complaint, nunc pro tunc, from July 15, 2008 to September 15, 2008 is GRANTED. SO ORDERED. *[signature]* USDJ 8-4-08

cc: Craig S. Yancey, Plaintiff *pro se* (By Federal Express)

cc: Craig S. Yancey, Plaintiff *pro se* (By Federal Express)